37 A.3d 506

IN THE MATTER OF JEFF H. GOLDSMITH, AN ATTORNEY
AT LAW (ATTORNEY NO. 006331984).

March 2, 2012.

## ORDER

This matter having been duly presented to the Court on the motion for reinstatement to practice filed by **JEFF H. GOLDSMITH** of **FORT LEE,** who was admitted to the bar of this State in 1984, and who has been temporarily suspended from the practice of law since February 6, 2012;

And the Disciplinary Review Board having reported to the Court that respondent has paid the outstanding administrative costs owed in DRB 09–230;

And good cause appearing;

It is ORDERED that the motion is granted and **JEFF H. GOLDSMITH** is reinstated to the practice of law, effective immediately.